UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** No. 13-4805 _____ as

☐Retained ☑Court-appointed(CJA) ☐Court-assigned(non-CJA) ☐Federal Defender ☐Pro Bono ☐Government

COUNSEL FOR: Lorenzo Lance Fox _____

_____as the
(party name)

☑appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☐amicus curiae ☐intervenor(s)

/s/ G. Glenn Gerding
(signature)

G. Glenn Gerding                          919-338-0836
Name (printed or typed)                   Voice Phone

                                          919-928-5171
Firm Name (if applicable)                 Fax Number

210 N. Columbia St.

Chapel Hill, NC 27514                     gggerding@hotmail.com
Address                                   E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 1/13/2014 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

James J. Kurosad
U. S. Attorney's Office
310 New Bern Ave. Suite 800
Raleigh, NC 27601

/s/ G. Glenn Gerding                              1/13/2014
Signature                                         Date

11/17/2011
SCC