IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Appellee, | ) | |
| | ) | No. 13-4805 |
| v. | ) | 5:10-cr-00212-FL-1 |
| | ) | |
| LORENZO LANCE FOX, | ) | |
|     Appellant | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

DEFENDANT-APPELLANT, by an through the undersigned counsel, and pursuant to Federal Rules of Appellate Procedure and Local Rules 27 and 31, moves this Court to allow a 30 day extension of time in which to file his opening brief and joint appendix. In support thereof, counsel shows the following:

1. This Court appointed the undersigned, Glenn Gerding, to represent Appellant on December 31, 2013.

2. Counsel filed his notice of appearance and docketing statement on January 13, 2014.

3. This Court issued its briefing order on January 13, 2014, setting a due date for Appellant's opening brief of February 18, 2014.

4. This case involves a guilty plea and an appeal from a resentencing hearing.

1

5. Counsel did not represent Appellant at his initial plea hearing or his recent resentencing.

6. Appellant is confined at the Medical Center for Federal Prisoners (MCFP) Springfield. Counsel sent a letter to Appellant on January 7, 2014, but has not received a response. From the transcript of the resentencing, it appears that Appellant is physically impaired due to a spinal injury and is wheelchair-bound. It is unclear whether his physical infirmities have restricted his abilities to contact counsel. Counsel contacted MCFP Springfield today to try and schedule a phone consultation with Appellant, but Appellant's case manager is not in the office today. Counsel was told to call back tomorrow. Counsel needs additional time to make arrangements to discuss this case with Appellant.

7. Counsel has been representing a defendant in a criminal jury trial in Orange County, North Carolina, Superior Court, since January 27, 2014. Prior to the start of the trial, counsel spent most of January preparing for the trial which involved several counts of child sexual assault and statutory rape. The trial lasted longer than expected, and finished late yesterday afternoon. Counsel has been unable to devote adequate time to Appellant's case due to preparation for trial, and due to being in court all day

2

for over two weeks.  Counsel therefore needs additional time to review this case and prepare a brief.

8. To provide constitutionally effective assistance of counsel, the undersigned needs additional time to communicate with Appellant and to review his case.

9. Appellant did not appeal from his original guilty plea and sentencing proceeding.  There does not appear to be transcript prepared of that hearing.  Counsel is reviewing whether it will be necessary to request preparation of a transcript of that hearing.

10. Counsel tried to contact Assistant United States Attorney Jennifer May-Parker yesterday to discuss this Motion for an Extension of Time and, per counsel's conversation with Ms. May-Parker's assistant, the Government does not oppose this motion for a 30-day extension of time.

WHEREFORE, Appellant respectfully asks this Court for a 30-day extension of time in which to submit his opening brief.

Respectfully submitted, this 12th day of February, 2014.

/s/ Glenn Gerding
GLENN GERDING
Attorney for Defendant-Appellant
210 N. Columbia St.
Chapel Hill, NC 27514
(919) 338-0836
(919) 928-5171 (fax)
GGGerding@hotmail.com
NC State Bar # 23124

3

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed and served the foregoing **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX** with the Office of the Clerk in the United States Court of Appeals for the Fourth Circuit and the United States of America by using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Clerk of Court, Fourth Circuit
U.S. Court of Appeal
1100 East Main Street
Suite 501
Richmond, VA 23219-3517

Jennifer May-Parker
Office of the U.S. Attorney
Terry Sanford Federal Bldg
310 New Bern Avenue
Suite 800
Raleigh, NC 27601

This the 12th day of February, 2014.

/s/ Glenn Gerding
GLENN GERDING
Attorney for Defendant-Appellant
210 N. Columbia St.
Chapel Hill, NC 27514
(919) 338-0836
GGGerding@hotmail.com